UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILBERT WILLIAMS A/K/A                                   CIVIL ACTION
SERENITY IZABEL WILLIAMS

VERSUS                                                    NO. 17-12993

BEVERLY KELLY, ET AL.                                    SECTION "R" (1)

# **ORDER**

Before the Court is defendants' motion to dismiss plaintiff's amended complaint,[1] plaintiff's motion for preliminary injunction,[2] and plaintiff's motion for default judgment.[3] The Magistrate Judge recommends that defendants' motion to dismiss be granted and plaintiff's motions be denied.[4] The Court has reviewed *de novo* the amended complaint,[5] the parties' briefs, applicable law, the Magistrate Judge's Report and Recommendation,[6] and plaintiff's objections to the Magistrate Judge's Report and Recommendation.[7] The Magistrate Judge's recommended ruling is correct

---

[1]  R. Doc. 24.
[2]  R. Doc. 17.
[3]  R. Doc. 19.
[4]  R. Doc. 30 at 22.
[5]  R. Doc. 8.
[6]  R. Doc. 30.
[7]  R. Doc. 31.

and there is no merit to plaintiff's objections. The Court therefore adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

Accordingly, plaintiff's motion for a preliminary injunction is DENIED, plaintiff's motion for default judgment is DENIED, and defendants' motion to dismiss is GRANTED. Plaintiff's amended complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __14th__ day of September, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE